Kathryn Tassinari, OSB # 80115
Robert Baron, OSB # 89020
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEEAN M. WICK, ) | |
| ) | Case No. 08-6108-MO |
| Plaintiff, ) | |
| ) | ORDER APPROVING PLAINTIFF'S |
| ) | MOTION FOR ATTORNEY FEES |
| vs. ) | PURSUANT TO 42 U.S.C. §406(b) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $19,550.75 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $19,550.75 an administrative assessment

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, plaintiff's counsel shall refund the EAJA fee of $5,774.62 awarded herein to Plaintiff.

    IT IS SO ORDERED this **27** day of **Aug.**, 2010.

                                                             /s/ Michael W. Mosman
                                                             U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff